# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENNETH LEVERT

VERSUS

CHAD SANCHEZ, ECOLAB INC.
AND NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA

C/W

AMY RONSONET, INDIVIDUALLY
AND ON BEHALF OF HER MINOR
CHILD, AMELIA RONSONET

VERSUS

ECOLAB INC., XYZ INSURANCE
COMPANY AND CHAD SANCHEZ

NO.  2023 CW 1085

**NOVEMBER 2, 2023**

---

In Re:    Chad Sanchez, Ecolab Inc. and National Union Fire
          Insurance Company of Pittsburgh, PA, applying for
          supervisory writs, 23rd Judicial District Court,
          Parish of Ascension, No. 128642 c/w 128676.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT
AHP
HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT